# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER LEMIEUX** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-1470** |
| **CORNEL HUBERT** | **SECTION: "A"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Motion to Amend and Edit Exhausted Claims and to Abandon Unexhausted Claims, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, except that the Court will allow Petitioner to abandon the unexhausted claims in lieu of a dismissal without prejudice. Therefore,

**IT IS ORDERED** that Petitioner's **Motion to Amend and Edit Exhausted Claims and to Abandon Unexhausted Claims (Rec. Doc. 16)** should be and is hereby **GRANTED**. The petition of Walter Lemieux for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, excluding the unexhausted claims, is hereby **REFERRED** to the assigned magistrate judge for a report and recommendation on the merits pursuant to 28 U.S.C. 636(b)(1)(B).

August 30, 2006

_____
UNITED STATES DISTRICT JUDGE