UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER LEMIEUX** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-1470** |
| **CORNEL HUBERT** | **SECTION: "A"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Walter Lemieux for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

May 19, 2008

_____
UNITED STATES DISTRICT JUDGE